ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| ANDRE COATES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 316-009 |
| | ) | |
| SARAH WALL, Judge, Dodge County Courthouse; STEVE HARRISON, Public Defender; TIMOTHY G. VAUGHN, Solicitor General; FNU BARRENTINE, Lt.; CHRIS HOLLAND; FREDDIE MULLIS, Judge; DODGE COUNTY SHERIFF'S DEPARTMENT; DODGE COUNTY GBI TASK FORCE; LYNN SHEFFIELD, Sheriff, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice under Loc. R. 41.1 for want of prosecution, and **CLOSES** this civil action.

SO ORDERED this 30th day of August, 2016, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE