AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ANDRE COATES,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV316-009

SARAH WALL; STEVE HARRISON; TIMOTHY G. VAUGHN; FNU BARRENTINE; CHRIS HOLLAND; FREDDIE MULLIS; DODGE COUNTY SHERIFF'S DEPARTMENT; DODGE COUNTY GBI TASK FORCE; and LYNN SHEFFIELD,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on August 30, 2016, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, this case is DISMISSED without prejudice for want of prosecution and this civil action stands CLOSED.



August 30, 2016
*Date*

Scott L. Poff
*Clerk*

(By) *Deputy Clerk*